IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONAVAN CROSS,

    Petitioner,

v.

LOUIS WILLIAMS, II,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-808-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying the federal habeas corpus petition filed by Donavan Cross under 28 U.S.C. § 2241 and dismissing this case with prejudice.

| /s/ | 1/4/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |